# Third District Court of Appeal

## State of Florida

Opinion filed October 16, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1053
Lower Tribunal No. F19-16843
_____

**Eric Nashon Pinkney,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Miguel M. de la O, Judge.

Carlos J. Martinez, Public Defender, and Jennifer Thornton, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Katryna Santa Cruz, Assistant Attorney General, for appellee.

Before EMAS, FERNANDEZ and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>State v. Schopp</u>, 653 So. 2d 1016 (Fla. 1995) (holding that harmless error analysis set out in <u>State v. DiGuilio</u>, 491 So. 2d 1129 (Fla. 1986) applies to trial court's failure to conduct <u>Richardson</u> hearing); <u>Austin v. State</u>, 199 So. 3d 327, 329 n. 5 (Fla. 3d DCA 2016) (noting that "even if the trial court's ruling was erroneous, we find the failure to conduct a <u>Richardson</u> hearing was harmless beyond a reasonable doubt") (citing <u>Schopp</u>, 653 So. 2d 1016). <u>See also</u> <u>Ryan v. State</u>, 390 So. 3d 86, 87 n.2 (Fla. 3d DCA Dec. 13, 2023).